IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER YOUNG COURTNEY,

Plaintiff,

vs.

LUPANDUS, Gaurd, Individual and Official capacity; MACKEN, Guard, Individual and Official capacity; and ALSO JAIL ADMINISTRATO, Official capacity;

Defendants.

**8:26CV637**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On October 20, 2026, the Court directed Plaintiff to either submit the $405.00 filing and administrative fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days or face dismissal of this case. Filing No. 4. The Court's order was returned as undeliverable, and the Court directed Plaintiff to update his address by December 16, 2026, or face dismissal of this case. Filing No. 7. Plaintiff filed a timely notice of his updated address on November 23, 2026. Filing No. 8. As it appears Plaintiff did not receive notice of the Court's October 20 order, the Court will again direct Plaintiff to either submit the $405.00 filing and administrative fees to the Clerk's office or submit a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and a copy of Filing No. 4.

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **December 28, 2026**: Check for MIFP or payment.

Dated this 24th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge